JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Stephanie Purifoy-Harvey | Premier Healthcare Management, LLC, WYM OP Holdings, LLC, New Premier Management, LLC, Yosef Gerson, and |
| **(b)** County of Residence of First Listed Plaintiff  Prince George's County<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Nassau<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Ian Norris, Esq of McEldrew Purtell<br>123 South Broad Street, Suite 2250<br>Philadelphia, PA 19109 [215-545-8800] | Attorneys *(If Known)*<br>Jack Farrell, Elizabeth Underwood and Stephen Purcell of Marshall Dennehey, PC; 2000 Market Street, Suite 2300, Phila. PA 19103; 215-575-2600 |

## II. BASIS OF JURISDICTION *(Place an "X" In One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government<br>       Plaintiff | ☐ 3  Federal Question<br>       *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government<br>       Defendant | ☒ 4  Diversity<br>       *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" In One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" In One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☒ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee -<br>Conditions of<br>Confinement | | | |

## V. ORIGIN *(Place an "X" In One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original<br>Proceeding | ☒ 2 Removed from<br>State Court | ☐ 3 Remanded from<br>Appellate Court | ☐ 4 Reinstated or<br>Reopened | ☐ 5 Transferred from<br>Another District<br>*(specify)* | ☐ 6 Multidistrict<br>Litigation -<br>Transfer |     ☐ 8 Multidistrict<br>Litigation -<br>Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1441

Brief description of cause:
Alleged nursing home negligence resulting in injury

| VII. REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☒ Yes   ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S)<br>IF ANY | *(See instructions):*   JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|

DATE   12/3/2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  _____    AMOUNT  _____    APPLYING IFP  _____    JUDGE  _____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stephanie Purifoy-Harvey, as Executrix of the Estate of Ernestine T. Johnson, Deceased | : : : | CIVIL ACTION |
| | : | NO.: |
| *Plaintiff,* | : : | |
| v. | : : | |
| WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center, Premier Healthcare, LLC a/k/a Premier Healthcare Management, LLC, New Premier Management, LLC, Yosef Gerson, and Aharon Bleier | : : : : : : : : | |
| *Defendants.* | : | |

## PETITION FOR REMOVAL

**To the Judges of the United States District Court for the Eastern District of Pennsylvania:**

Pursuant to 28 U.S.C. § 1441, Defendants, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center,  Premier Healthcare, LLC a/k/a Premier Healthcare Management, LLC, Yosef Gerson, and Aharon Bleier, by and through their counsel, Marshall Dennehey, P.C. respectfully petition for the removal of this action from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania. In support, Defendants, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center, Premier Healthcare Management, LLC, Yosef Gerson, and Aharon Bleier, aver the following:

1.	On or about November 4, 2024, Plaintiff, Stephanie Purifoy-Harvey, as Executrix of the Estate of Ernestine T. Johnson, Deceased, filed a Civil Action Complaint in the Philadelphia Court of Common Pleas against Defendants, WYM OP Holdings, LLC d/b/a

Wyomissing Health and Rehabilitation Center,  Premier Healthcare, LLC a/k/a Premier Healthcare Management, LLC, Yosef Gerson, and  Aharon Bleier, and co-defendant New Premier Management LLC. See Exhibit 1, Plaintiff's Complaint.

2.      Plaintiff's Complaint alleges that Defendants provided negligent care to plaintiff's decedent, Ernestine Johnson, during her Wyomissing admission, resulting in falls, wounds, infections, dehydration, malnutrition, weight loss, pain and death. See Exhibit 1 at Count I.

3.      Plaintiff's Complaint also asserts claims under Pennsylvania Survival Statute and Wrongful Death Statute. See Exhibit 1 at Counts II and III.

4.      Plaintiff's Complaint seeks compensatory damages sounding in negligence and makes a claim for punitive damages. See Exhibit 1 at Wherefore clauses.

5.      Under 28 U.S.C. § 1332(a) federal district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000 and is between citizens of different states.  See 28 U.S.C. § 1332(a); Zambelli Fireworks Mfg. Co., Inc. v. Wood, 592 F.3d 412, 419 (3d Cir. 2010).

6.      Under 28 U.S.C. 1441(a) & (b), any civil action brought in state court of which the district courts of the United States have original jurisdiction by virtue of diversity of citizenship may be removed to the district court of the United States for the district and division in the place where such action is pending.  See 28 U.S.C. § 1441(a) & (b); City of Chicago v. International College of Surgeons, 522 U.S. 156, 163 (1997).

7.      For purposes of diversity jurisdiction, an individual is a citizen of the state where he or she is domiciled; the citizenship of a limited liability company is determined by the citizenship of its members.  See Zambelli, 592 F.3d at 419-420.

8.      Plaintiff, Stephanie Purifoy-Harvey, is a citizen of Maryland. See Exhibit 1.

9. Defendant, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center, is a citizen of the state of New York. See Exhibit 2, Affidavit of Lisa Sofia.

10. Defendant, WYM OP Holdings, LLC has two members as follows:

   a. Aharon Bleier, who is a citizen of New York;

   b. Esther Bleier, who is a citizen of New York. See Exhibit 2.

11. Defendant, Premier Healthcare Management, LLC, is a citizen of New York. See Exhibit 3, Affidavit of Jan Ricchio.

12. Defendant, Premier Healthcare Management, LLC, has two members, as follows:

   a. Jonathan Bleier, who is a citizen of New York;

   b. Jacob Sod, who is a citizen of New York. See Exhibit 3.

13. Defendant, Yosef Gerson, a former member of WYM OP Holdings, LLC, is a citizen of New York. See Exhibit 2.

14. Defendant, Aharon Bleier, a current member of WYM OP Holdings, LLC, is a citizen of New York. See Exhibit 2.

15. Through this petition, petitioning Defendants, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center,  Premier Healthcare Management, LLC, Yosef Gerson, and Aharon Bleier, all consent to and request removal to federal court.

16. Co-defendant, New Premier Management, LLC, is a citizen of New Jersey, and has consented to the removal. See Exhibit 4, written consent from counsel for New Premier Management, LLC.

17. Co-defendant, New Premier Management, LLC, has three members, as follows:

   a. Meyer Greisman, who is a citizen of New Jersey;

b. Aaron David Greisman, who is a citizen of New Jersey;

c. Joseph Zicherman, who is a citizen of New Jersey. See Exhibit 4.

18. Accordingly, diversity of citizenship exists because plaintiff is a citizen of Maryland and Defendants are citizens of New York and New Jersey.

19. Further, the amount in controversy exceeds $75,000, as Plaintiff's Complaint has three separate counts that each seek damages "in excess of the compulsory arbitration limits and/or Fifty Thousand Dollars ($50,000); whichever is greater, together with punitive damages" and any other appropriate relief.  See Exhibit 1 at Wherefore clauses.

20. At the absolute minimum, in this death case, Plaintiff's Complaint alleges more than $150,000 in damages, which fulfills the amount in controversy requirement. See Angus v. Shilley, Inc., 989 F.2d 142, 145-46 (3d Cir. 1993) (citing Horton v. Liberty Mutual Ins. Co., 367 U.S. 348, 353 (1961) (stating that the amount in controversy is determined from the complaint itself).

21. As such, this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 based upon diversity of citizenship between the plaintiff, Stephanie Purifoy-Harvey, as Executrix of the Estate of Ernestine T. Johnson, and Defendants, Defendants, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center,  Premier Healthcare Management, LLC, Yosef Gerson, and Aharon Bleier, and co-defendant, New Premier Management, LLC, and the amount in controversy exceeds $75,000.00.

22. The present lawsuit is removable from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1441 and 1446.

23.     The request for removal is timely because it is being made within 30 days of the service of process upon Defendants.[1] See 28 U.S.C. § 1446.

24.     True and correct copies of this Notice of Removal, with accompanying exhibits and separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached as Exhibit 5, will be filed with the Office of Judicial Records of the Court of Common Pleas of Philadelphia County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d), and will be served upon counsel for the Plaintiff via the Philadelphia Court of Common Pleas e-filing system.

WHEREFORE, petitioners, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center,  Premier Healthcare, LLC a/k/a Premier Healthcare Management, LLC, Yosef Gerson, and  Aharon Bleier, respectfully request that the above-captioned action be removed to the United States District Court for the Eastern District of Pennsylvania.

**MARSHALL DENNEHEY, P.C.**

BY:_____
JOHN C. FARRELL, ESQUIRE
 PA Bar ID: 52824
 ELIZABETH UNDERWOOD
 PA Bar ID: 93802
 STEPHEN PURCELL, ESQUIRE
 PA Bar ID: 326252
 *Attorneys for Defendants, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center,  Premier Healthcare, LLC a/k/a Premier Healthcare Management, LLC, Yosef Gerson, and  Aharon Bleier*

Date: December 3, 2024

---

[1] Plaintiff filed the Complaint in the Philadelphia County Court of Common Pleas on November 4, 2024. Although Plaintiff has not yet filed affidavits of service, it is believed WYM OP Holdings, LLC and Premier Healthcare Management, LLC were served on November 14, 2024. Co-defendant, New Premier Management, LLC, received the Complaint by mail on November 12, 2024. Even if Defendants received the Complaint on the date of filing, which they did not, this petition would still be timely.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Stephanie Purifoy-Harvey, as Executrix of the Estate of Ernestine T. Johnson, Deceased | : | CIVIL ACTION |
| | : | |
| | : | NO.: |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center, | : | |
| Premier Healthcare, LLC a/k/a Premier Healthcare Management, LLC, | : | |
| New Premier Management, LLC, | : | |
| Yosef Gerson, and | : | |
| Aharon Bleier | : | |
| *Defendants.* | | |

---

## CERTIFICATE OF SERVICE

I, Stephen Purcell, Esquire, am counsel for Defendants, WYM OP Holdings, LLC d/b/a Wyomissing Health and Rehabilitation Center, Premier Healthcare, LLC a/k/a Premier Healthcare Management, LLC, Yosef Gerson, and Aharon Bleier, in the above captioned matter. I hereby certify that on December 3, 2024, I caused a true and correct copy of the foregoing *PETITION FOR REMOVAL* to be served upon the following persons by notification of electronic filing, email and/or regular US Postal service first class mail:

**ATTORNEY FOR PLAINTIFF**
Ian Norris, Esquire
McEldrew Purtell
123 South Broad Street, Suite 2250
Philadelphia, PA 19109
inorris@mceldrewpurtell.com

**ATTORNEY FOR CO-DEFENDANT, NEW PREMIER MANAGEMENT, LLC**
Jill Guldin, Esquire
Pierson Ferdinand LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Jill.guldin@pierferd.com

**MARSHALL DENNEHEY, P.C.**

BY:_____
    JOHN C. FARRELL, ESQUIRE
     PA Bar ID: 52824
    ELIZABETH UNDERWOOD
     PA Bar ID: 93802
    STEPHEN PURCELL, ESQUIRE
     PA Bar ID: 326252
    *Attorneys for Defendants, WYM OP Holdings,*
    *LLC d/b/a Wyomissing Health and*
    *Rehabilitation Center, Premier Healthcare,*
    *LLC a/k/a Premier Healthcare Management,*
    *LLC, Yosef Gerson, and Aharon Bleier*

Date: December 3, 2024