**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

STEPHANIE PURIFOY-HARVEY,       :
AS EXECUTRIX OF THE ESTATE OF       :
ERNESTINE T. JOHNSON, DECEASED,       :
      Plaintiff,       :
      :
      v.       :       Civil No. 5:24-cv-06449-JMG
      :
WYM OP HOLDINGS, LLC,       :
d/b/a WYOMISSING HEALTH AND       :
REHABILITATION CENTER, *et al.*,       :
      Defendants.       :

**ORDER**

**AND NOW**, this 22nd day of April, 2026, upon consideration of Plaintiff's Motion for Leave to Amend the Scheduling Order and to File a Second Amended Complaint to Add or Rename Defendant New Premier Management, LLC (ECF No. 49) and Plaintiff's Motion for Leave to Amend the Scheduling Order and to File a Second Amended Complaint to Add Claims for Punitive Damages (ECF No. 51), **IT IS HEREBY ORDERED** that the Motions (ECF Nos. 49, 51) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff **SHALL** file her Second Amended Complaint in accordance with this Order no later than **April 27, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge